IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENDALL MARKS<br>c/o Alpha, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br><br><br>REED MERIDEN, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:17-CV-843-TWT |

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Fulton County. The Defendants' Objections that the Report and Recommendation deprive them of their constitutional rights are totally without merit. Congress has the constitutional power to limit federal court jurisdiction and it has done so. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

SO ORDERED, this 27 day of March, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge